# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DR. RALPH D'SILVA, M.D., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 02: 07cv0550 |
| | ) | |
| DR. PALENCANDA CHENGAPPA, M.D., | ) | |
| and DR. NIRMALA CHENGAPPA, M.D., | ) | |
| his wife, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF COURT

**AND NOW**, this 11th day of December, 2007, upon consideration of the PETITION FOR LEAVE TO WITHDRAW APPEARANCE filed by James M. Herb, Esquire *(Document No. 24)* and the PETITION TO DENY MOTION TO WITHDRAW APPEARANCE filed by Plaintiff, Dr. Ralph D'Silva, M.D., and it appearing that Plaintiff is primarily concerned about additional time in which to engage new counsel,

NOW THEREFORE, the PETITION FOR LEAVE TO WITHDRAW of Attorney James Herb is hereby **GRANTED** and his appearance is withdrawn. Plaintiff shall engage new counsel to represent him in this action on or before **January 11, 2008**, or, in the alternative, on or before January 11, 2008, he shall notify the Court of his intention to proceed *pro se.* Meanwhile all proceedings are **STAYED** for thirty (30) days or until new counsel appears for Plaintiff.

BY THE COURT:

s/Terrence F. McVerry
United States District Court Judge

cc: Ralph D'Silva, M.D.
317 Scarlet Circle
Wexford, PA 15090

James M. Herb, Esquire
Email: herblaw@verizon.net

Noah Paul Fardo, Esquire
Flaherty Fardo
Email: npf@pghfirm.com